IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL J. LEVITAN,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1438

Opinion filed February 5, 2016.

Petition Alleging Ineffective Assistance of Counsel.

Daniel J. Levitan, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Trisha Meggs Pate, Tallahassee Bureau Chief, Criminal Appeals, Office of the Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    DENIED.

ROBERTS, C.J., WOLF and THOMAS, JJ., CONCUR.